UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEE JASON KIBLER,

    Plaintiff,

v.

ROBERT BRYSON HALL, II, ET AL.

    Defendants.

Case No. 2:14-cv-10017

SENIOR UNITED STATES DISTRICT JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE R. STEVEN WHALEN

_____

## APPEARANCE OF ENRICO SCHAEFER

PLEASE TAKE NOTICE that ENRICO SCHAEFER of TRAVERSE LEGAL, PLC, has this day entered his Appearance as Counsel on behalf of Plaintiff, LEE JASON KIBLER, with respect to the above-entitled action.

Respectfully submitted this 8th day of September, 2014.

        TRAVERSE LEGAL, PLC

        _/s/ Enrico Schaefer_____
        ENRICO SCHAEFER (P43506)
        TRAVERSE LEGAL, PLC
        Counsel for Plaintiff
        810 Cottageview Drive, Unit G-20
        Traverse City, MI  49686
        231-932-0411
        enrico@traverselegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system and will be sent electronically to the registered participants and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

                                          /s/ Enrico Schaefer
                                          ENRICO SCHAEFER (43506)
                                          TRAVERSE LEGAL, PLC
                                          Counsel for Plaintiff